UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KIMBERLY A. MAXSON, | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-02116-APG-NJK |
| vs. | ) | ORDER |
| MOSAIC SALES SOLUTIONS HOLDING COMPANY LLC, | ) | (Docket No. 6) |
| Defendant(s). | ) | |

On January 6, 2015, the Court ordered Plaintiff to file a certificate of interested parties. Docket No. 5. Currently pending before the Court is Plaintiff's motion for a 60-day extension to comply with that order. Docket No. 6. The purpose of the certificate is to advise the Court of the parties who may have an interest in the outcome of the case so that the assigned judges may evaluate whether they have a conflict of interest which requires recusal. Filing the certificate is a simple matter and should not require an extensive investigation. If Plaintiff knows of no other parties (other than those named as parties in this case) who may have an interest in the outcome of this case, a simple statement to that effect will suffice. The motion for an extension to file a certificate of interested parties is **GRANTED** in part and **DENIED** in part. The deadline to file a certificate of interested parties is extended to January 21, 2015.

The pending motion also seeks an extension of time to file a notice of related cases. Plaintiff notes that another case that she filed in this Court was dismissed with prejudice. *See, e.g.*, Docket No. 6 at 2-3 (discussing *Maxson v. Rodriguiez*, 2:14-cv-1724-GMN-PAL). Plaintiff asserts that

there is a direct relationship between the cases. *See id.* at 5.  As Plaintiff is *pro se*, the Court construes her filings liberally and construes the pending motion as a notice of related cases. Accordingly, the motion for an extension to file a notice of related cases is hereby **DENIED** as moot.  The Clerk's Office is **INSTRUCTED** to treat the instant motion as a notice that this case is related to *Maxson v. Rodriguiez*, 2:14-cv-1724-GMN-PAL.

      IT IS SO ORDERED.

      DATED: January 14, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2