# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY A. MAXSON,<br><br>　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>MOSAIC SALES SOLUTIONS US<br>OPERATING COMPANY, LLC,<br><br>　　　　　　　　Defendant(s). | Case No. 2:14-cv-02116-APG-NJK<br><br>**ORDER DENYING MOTION**<br><br>(Docket No. 28) |

Pending before the Court is Plaintiff's motion seeking various forms of relief, Docket No. 28, which is hereby DENIED without prejudice. As an initial matter, Plaintiff filed the motion on an *ex parte* basis. *Ex parte* motions are disfavored and only permitted in limited circumstances in which the movant has shown "compelling reasons" for the *ex parte* nature of her filing. Local Rule 7-5(c). No such showing has been made in this case and the Clerk's Office is hereby INSTRUCTED to make publicly available the motion at Docket No. 28. Moreover, the motion seeks various forms of relief, including *inter alia*, reassignment of judges, a stipulation for service by email, a waiver of Pacer fees, and an order permitting electronic filings. At this point in time, Defendant has not appeared in this case and much of the relief sought appears to be premature. Moreover, parties are required to file a separate motion for each type of relief sought. *See* Special Order No. 109. Lastly, while the Court is cognizant that Plaintiff is proceeding *pro se*, she must nonetheless clearly identify the relief sought and clearly explain the grounds for that relief.

//

1   For each of these reasons, the pending motion is hereby DENIED without prejudice.

2   IT IS SO ORDERED.

3   Dated: April 29, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE