Case 2:14-cv-02116-APG-NJK   Document 31   Filed 04/30/15   Page 1 of 2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY MAXSON,<br><br>        Plaintiff(s),<br><br>v.<br><br>MOSAIC SALES SOLUTIONS US OPERATING COMPANY, LLC,<br><br>        Defendant(s). | Case No. 2:14-cv-02116-APG-NJK<br><br>**ORDER** |

On April 29, 2015, the Court denied a motion for various forms of relief sought by Plaintiff as being procedurally defective. Docket No. 30. Notwithstanding that order, the Court finds it is in the interest of justice to grant Plaintiff's request to be allowed to utilize the Court's CM/ECF system for filing documents.

Pursuant to the United States District Court of the District of Nevada's Special Order No. 109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF). Having reviewed and considered the matter, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's request to use the CM/ECF system is GRANTED. Plaintiff must comply with the following procedures in order to activate her CM/ECF account:

    a.    On or before May 29, 2015, Plaintiff must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures,

Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

b. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

c. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED: April 30, 2015

_____
Nancy J. Koppe
United States Magistrate Judge