**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY A. MAXSON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>MOSAIC SALES SOLUTIONS US<br>OPERATING COMPANY, LLC,<br><br>    Defendant(s). | Case No. 2:14-cv-02116-APG-NJK<br><br>**ORDER DENYING EMERGENCY EX PARTE MOTION**<br><br>(Docket No. 42) |

Pending before the Court is Plaintiff's emergency, *ex parte* motion to file under seal. Docket No. 42. This motion appears directed at a notice of related cases that Plaintiff intends to file. To the extent Plaintiff seeks to file a notice of related cases with respect to 2:14-cv-1724-GMN-PAL, such a notice is not necessary because the Court has already construed Plaintiff's prior filings as such a notice. *See* Docket No. 7. To the extent Plaintiff seeks to file a notice of related cases with respect to administrative proceedings, the Local Rules only require a notice of related cases be filed with respect to other cases that are filed in this Court or about to be filed with this Court. *See* Local Rule 7-2.1. There is no indication that this other proceeding includes a case filed or about to be filed in this Court. Accordingly, the pending motion to file under seal is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: May 20, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE