UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIMBERLY A. MAXSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOSAIC SALES SOLUTIONS US<br>OPERATING COMPANY, LLC,<br><br>　　　　Defendant. | Case No. 2:14-cv-02116-APG-NJK<br><br>**ORDER TEMPORARILY LIMITING<br>FURTHER FILINGS IN THIS CASE**<br><br>(DKT. ##64, 77, 82) |

　　　　On June 15, 2015, defendant Mosaic filed a motion to dismiss this action. (Dkt. #54.) Plaintiff filed a response the next day, stating she intended to file a more thorough response. (Dkt. #55.) Over the next few days, plaintiff filed supplements to that initial response, and asserted that she intends to file additional responses. (Dkt. ##56, 57.) At plaintiff's request, I granted her an extension of time to file a more appropriate response to the motion to dismiss. (Dkt. #66.) Plaintiff subsequently sought additional extensions of time to respond to the pending motion. (*See* Dkt. ##77, 82.) Plaintiff also has filed numerous other lengthy motions and papers, some related to the motion to dismiss and others not. Yet she has not filed what would be, apparently in her mind, her final, official response to the motion to dismiss. Defendant has moved to strike most of plaintiff's filings. (Dkt. #64.)

　　　　Plaintiff is litigating this case *pro se* and some leeway is usually given for minor failures to comply with the Federal Rules of Civil Procedure and the Local Rules. However, unfettered discretion regarding rule compliance and repeated unnecessary filings are not allowed. I have inherent authority to control my docket, including the power to temporarily stop the parties from filing additional papers. Plaintiff's burdensome filings make it difficult to address this case and others on my docket.

　　　　Accordingly, neither of the parties shall file any further papers in this case except the following. Plaintiff shall have until **August 25, 2015** to file her single, complete response to

defendant's motion to dismiss (Dkt. #54.) Defendant shall have 14 days after service of plaintiff's response in which to file its reply. No extensions of these deadlines will be granted absent extraordinary circumstances.

The parties are reminded of the page limits imposed by Local Rule 7-4. No exemptions from those limits will be granted.

Neither of the parties shall file any other papers (including responses or replies to pending motions) unless a true emergency occurs justifying an emergency motion under Local Rule 7-5. Failure to follow this dictate will result in the entry of sanctions against the offending party.

IT IS THEREFORE ORDERED that plaintiff's motions for extensions **(Dkt. #77, 82) are GRANTED IN PART**. Plaintiff shall have until **August 25, 2015** to file her complete response to defendant's motion to dismiss (Dkt. #54.) Defendant shall have 14 days after service of plaintiff's response in which to file its reply. No other filings are permitted until the motion to dismiss is resolved.

DATED this 11th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE