UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIMBERLY A. MAXSON,<br><br>    Plaintiff,<br><br>v.<br><br>MOSAIC SALES SOLUTIONS US OPERATING COMPANY, LLC,<br><br>    Defendant. | Case No. 2:14-cv-02116-APG-NJK<br><br>**ORDER DENYING EMERGENCY MOTION FOR A TEMPORARY INJUNCTION FROM FRAUD/STAY**<br><br>(Dkt. #90) |

    Plaintiff Kimberly Maxson filed an emergency motion to stay this action. (Dkt. #90.) Although not entirely clear from the motion, it appears Maxson requests a stay because she believes she needs to devote her time to reporting federal crimes and litigating an EEOC complaint.

    I deny Maxson's motion as moot because there is already a limited stay in this action. I previously ordered that until the motion to dismiss is resolved, neither of the parties is permitted to file any further papers in this case except to complete briefing on that motion. (Dkt. #85.)

    The briefing on the motion to dismiss is complete. Thus, other than preparing for the early neutral evaluation set for **September 29, 2015** (Dkt. #61), Maxson will not need to expend her time and resources filing motions, responses, or replies in this case until the motion to dismiss is resolved. There is no need for an additional stay beyond the one I have already imposed.

    IT IS THEREFORE ORDERED that plaintiff Kimberly Maxson's emergency motion for a temporary injunction (Dkt. #90) is DENIED.

    DATED this 16th day of September, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE