UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIMBERLY A. MAXSON,<br><br>Plaintiff,<br>v.<br><br>MOSAIC SALES SOLUTIONS U.S. OPERATING COMPANY, LLC.,<br><br>Defendant. | Case No. 2:14-cv-02116-APG-NJK<br><br>ORDER<br><br>(Mot. Exception ENE – Dkt. #89) |

Before the court is Defendant's Motion for Exception to Attendance Requirements for Early Neutral Evaluation (Dkt. #89) filed September 14, 2015.  Defendant requests that Defendant's in-house employment attorney, Kelly Kosman, who works in Jacksonville, Florida to be allowed to appear telephonically for the ENE scheduled in this matter on September 29, 2015, at 1:30 p.m.  The motion represents that Ms. Kosmin has settlement authority but no personal factual knowledge of the underlying facts of this case.

Having reviewed and considered the matter,

**IT IS ORDERED** that the Motion for Exception to Attendance Requirements for Early Neutral Evaluation (Dkt. #89) is **GRANTED**, and Defendant's representative, Kelly Kosman, shall be allowed to appear telephonically for the ENE on September 29, 2015, at 1:30 p.m.  Ms. Kosman shall be available telephonically for the duration of the ENE regardless of the time difference in Florida, and shall be fully prepared to address the merits of the claims and defenses.

DATED this 21st day of September, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1