**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY A. MAXSON,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>MOSAIC SALES SOLUTIONS US<br>OPERATING COMPANY, LLC,<br><br>　　　　　　　Defendant(s). | Case No. 2:14-cv-02116-APG-NJK<br><br>**ORDER**<br><br><br>(Docket Nos. 64, 79, 80) |

　　　Pending before the Court is Defendant's motion to strike. Docket No. 64. Also pending before the Court is Plaintiff's motion to strike. Docket No. 79. Lastly pending before the Court is Plaintiff's motion for a more definite statement. Docket No. 80. The Court finds these motions properly resolved without oral argument. *See* Local Rule 78-2.

**I.     Defendant's Motion to Strike**

　　　Defendant's motion to strike asks the Court to strike various filings from the docket pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. Docket No. 64 at 1. That rule, however, only relates to striking matters from "pleadings." *See, e.g.*, *United Nat'l Ins. Co. v. Assurance Co. of Am.*, 2014 WL 4960915, *1 (D. Nev. June 4, 2014). Because the documents at issue in Defendant's motion are not pleadings, the motion to strike them is hereby **DENIED**.

//
//
//

### II. Plaintiff's Motion to Strike

Plaintiff's motion to strike asks the Court to strike Defendant's opposition to one of her motions. Docket No. 79 at 1 (seeking to strike Docket No. 74). For the same reason as discussed above, the motion to strike is hereby **DENIED** because the opposition brief at issue is not a pleading.

### III. Plaintiff's Motion for a More Definite Statement

Plaintiff's motion for more definite statement seeks relief related to Defendant's motion to dismiss (Docket No. 54) and Defendant's motion to strike (Docket No. 64). United States District Judge Andrew P. Gordon has granted Defendant's motion to dismiss, Docket No. 94, and the undersigned has denied Defendant's motion to strike as stated in Section I above. Accordingly, the motion for a more definite statement is **DENIED** as moot.

### IV. Conclusion

For the reasons stated more fully above, Defendant's motion to strike (Docket No. 64) is **DENIED**, Plaintiff's motion to strike (Docket No. 79) is **DENIED**, and Plaintiff's motion for a more definite statement (Docket No. 80) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: March 8, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE