ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:            rgrandgenett@littler.com
                      mcecil@littler.com

Attorneys for Defendant
MOSAIC SALES SOLUTIONS HOLDING COMPANY L.L.C.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY A. MAXSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MOSAIC SALES SOLUTIONS HOLDING COMPANY L.L.C.,<br><br>　　　　　　Defendant. | Case No. 2:14-CV-02116-APG-NJK<br><br>NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM |

Notice is hereby given that Matthew T. Cecil, Esq. is being substituted for Rachel L. Silverstein, Esq. currently listed as a Littler Mendelson attorney representing MOSAIC SALES SOLUTIONS HOLDING COMPANY L.L.C. Rachel Silverstein is no longer with the firm of Littler Mendelson and is no longer participating in this litigation.  Mr. Cecil's current mailing address and prospective email address are:

    Matthew T. Cecil, Esq.
    Littler Mendelson
    3960 Howard Hughes Parkway, Suite 300
    Las Vegas, Nevada 89169
    mcecil@littler.com

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Defendant MOSAIC SALES SOLUTIONS HOLDING COMPANY L.L.C continues to be represented by in this action by the law firm of Littler Mendelson.

Dated: June 24, 2016

                                              Respectfully submitted,

/s/ Matthew T. Cecil, Esq.
ROGER L. GRANDGENETT II, ESQ.
MATTHEW T. CECIL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MOSAIC SALES SOLUTIONS HOLDING COMPANY L.L.C.

IT IS SO ORDERED.
DATED: June 27, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.