# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIMBERLY A. MAXSON,<br><br>Plaintiff,<br><br>v.<br><br>MOSAIC SALES SOLUTIONS HOLDING COMPANY LLC,<br><br>Defendant. | Case No. 2:14-cv-02116-APG-NJK<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STAY**<br><br>(ECF No. 108) |

I previously granted Maxson until February 6, 2017 to file an amended complaint. ECF No. 107. I warned Maxson that failure to do so would result in dismissal of this case without prejudice. *Id.* Rather than file an amended complaint, Maxson moves for a stay, arguing that she cannot file an amended complaint before providing the United States with information about crimes being committed against her.

Maxson has not shown a stay is necessary. She has been given ample time to prepare an amended complaint in this action. I first granted Maxson leave to amend over a year ago. ECF No. 94. I then set the February 6, 2017 deadline for Maxson to file an amended complaint. ECF No. 107. Maxson has not shown why she can prepare the motion to stay and several affidavits but cannot prepare an amended complaint as ordered. I therefore dismiss this action without prejudice.

IT IS THEREFORE ORDERED that plaintiff Kimberly Maxson's motion to stay **(ECF No. 108) is DENIED**.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 1st day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE